UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD RICHARDSON,

      Plaintiff,                                       Case no. 12-12362

v.

                                                 HON. JOHN CORBETT O'MEARA.

STATE OF MICHIGAN TREASURER,

      Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge Michael Hluchaniuk's report and recommendation, filed February 13, 2013. Plaintiff filed objections to the report and recommendation on February 26, 2013. Defendant filed a response to Plaintiff's objections on March 1, 2013. The court having reviewed the entire record and being fully advised in the premises;

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.


                                               s/John Corbett O'Meara
                                               United States District Judge

Date: March 13, 2013

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 13, 2013, using the ECF system and/or ordinary mail.


                                               s/William Barkholz
                                             Case Manager