UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD RICHARDSON,

    Plaintiff,

Case No. 12-12362

v.

Hon. John Corbett O'Meara

STATE OF MICHIGAN TREASURER,

    Defendant.

_____/

## ORDER DENYING MOTION TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

Before the court is Plaintiff's application to proceed *in forma pauperis* on appeal. The court may grant *in forma pauperis* status if the court finds that an appeal is being taken in good faith. See 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24 (a); Foster v. Ludwick, 208 F. Supp. 2d 750, 765 (E.D. Mich. 2002). Good faith requires a showing that the issues raised are not frivolous. Id. Here, the court will deny Plaintiff's application, because Plaintiff's appeal would be frivolous for the reason that Plaintiff's claims are clearly barred by *res judicata* and the *Rooker-Feldman* doctrine.

    **SO ORDERED.**

s/John Corbett O'Meara
United States District Judge

Date: October 17, 2013

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 17, 2013, using the ECF system and/or ordinary mail.

                              <u>s/William Barkholz</u>
                              Case Manager